App. Div.]          Third Department, September, 1923.

GUSTAVUS A. ROGERS, Appellant, v. ANDREW BOEHM and Another, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and Hasbrouck, JJ.

JAMES J. SHEEHAN, Respondent, v. PATRICK COFFEY, Appellant.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

HENRY W. SISSON, Respondent, v. DORA B. WEST, Appellant.— Order unanimously affirmed, with costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and Hasbrouck, JJ.

MARY SOLTYS, as Administratrix, etc., of JOSEPH SOLTYS, Deceased, Appellant, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

SUSAN THOMPSON, Respondent, Appellant, v. FORT MILLER PULP AND PAPER COMPANY, Respondent, Appellant.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

MARGARET M. TOOLE, Respondent, v. CECELIA A. LARKIN, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that section 230 of the Civil Practice Act should be read in connection with sections 1033 and 1058 of said act, which latter sections indicate that substituted service of a summons is not effective in a partition action. Cochrane, P. J., Van Kirk, Hinman and McCann, JJ., concur; H. T. Kellogg, J., dissents.

ARTHUR C. VAN ETTEN, Respondent, v. HARRY T. CONANT, as Executor, etc., of CAROLINE E. CONANT, Deceased, Appellant.— Motion denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and Hasbrouck, JJ.

WARD BAKING COMPANY, INC., and Others, Appellants, v. WESTERN UNION TELEGRAPH COMPANY and Another, Defendants, and CARL SHERMAN, Individually and as Attorney-General, and Others, Respondents.— Motion granted. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

VERNON T. WHITAKER, Appellant, v. LYLE K. BARBER, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk and Hinman, JJ.; McCann, J., not sitting.

IRVING W. WISWALL, Respondent, v. THE MONTRAY CORPORATION, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.